IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CARNETH LIPKE,

                Plaintiff,                            ORDER

      v.                                         06-cv-0675-bbc

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                Defendant.

---

      Attorney Frederick Daley, counsel for plaintiff Carneth Lipke, has filed a motion for an award of attorney fees pursuant to 42 U.S.C. § 406(b). Counsel asks the court to approve an attorney fee award in the amount of $14,003.50, which represents 25 percent of $56,014 that was awarded to plaintiff in past-due benefits. The commissioner has replied that he has no objection to the amount of fees requested. Having considered the supporting materials filed by plaintiff's attorney, and hearing no objection from plaintiff or defendant, I will grant the motion. The fees requested by Daley are reasonable in light of the time he spent on this case and the favorable result he obtained for plaintiff.

ORDER

IT IS ORDERED that the motion of Frederick Daley for an award of attorney fees pursuant to 42 U.S.C. § 406(b) is GRANTED. Attorney fees are awarded in the amount of $14,003.50, and shall be made payable to attorney Daley.

Entered this 23rd day of October, 2009.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge